# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1843
Lower Tribunal No. F97-33696C

_____

**Edilberto Lorenz,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Edilberto Lorenz, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.